

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00627-CV

Lawrence **JEANPIERRE**,
Appellant

v.

**DISCOVER BANK**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-08002
Honorable Marisa Flores, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 22, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on December 19, 2025. Appellant filed his brief late along with a motion for extension of time to file his brief on January 12, 2026. After finding that appellant's brief flagrantly violated Texas Rules of Appellate Procedure 38.1 and 9.4, we ordered his brief stricken and that he file an amended brief on or before March 6, 2026.

On March 2, 2026, appellant filed his amended brief which only cured some of the violations mentioned in our order and ultimately violated Texas Rules of Appellate Procedure 38.1

and 9.4. We again ordered appellant's amended brief stricken and ordered appellant to file a second amended brief on or before March 30, 2026, and warned appellant that his failure to file a compliant brief could result in our striking his brief, prohibiting him from filing another brief, and proceeding as if he had failed to file a brief.

To date, appellant has not filed his brief or a motion for extension of time to file his brief. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c).

PER CURIAM